**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SHANNON SHERELL PHILLIPS, Plaintiff,

v.

BROWNSTOWN CHARTER TOWNSHIP, OFFICER GAGE MCPARLAND, in his individual capacity, OFFICER AGUSTIN AGUILAR, in his individual capacity, Defendants.

**Case No.:** 2:26-cv-12124

**Hon. Terrence G. Berg**
**Mag. Kimberly G. Altman**

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT OFFICER GAGE MCPARLAND**

**NOW COMES** Plaintiff Shannon Sherell Phillips, proceeding pro se, and respectfully moves this Court for a 60-day extension of time to effectuate service of process on Defendant Officer Gage McParland pursuant to Federal Rule of Civil Procedure 4(m). In support of this motion, Plaintiff states as follows:

The Complaint in this matter was filed on June 24, 2026. The 90-day deadline for service under Federal Rule of Civil Procedure 4(m) expired on September 22, 2026.

Plaintiff has successfully served Defendants Brownstown Charter Township and Officer Agustin Aguilar. However, Plaintiff has not yet been able to complete service on Defendant Officer Gage McParland.

Under Rule 4(m), if a plaintiff shows good cause for the failure to serve, the court must extend the time for service for an appropriate period.

In the Eastern District of Michigan, "good cause no longer stands as an absolute prerequisite to extending the time for obtaining proper service of process." *Nimer v. Adam Travel Services Inc.*, No. 19-11276, 2019 WL 4072102, at *2 (E.D. Mich. Aug. 28, 2019) (citing *Slenzka v. Landstar Ranger, Inc.*, 204 F.R.D. 322, 325-26 (E.D. Mich. 2001)). The Advisory Committee Notes to the 1993 Amendment to Rule 4(m) confirm that the court may relieve a plaintiff even without a showing of good cause.

Plaintiff has good cause for this request. A process server attempted to serve Defendant McParland at the Brownstown Police Department, but was informed that Officer McParland was on medical leave. The process server then attempted service at Defendant McParland's home address, but he was not present at the residence. These are specific documented attempts at service that demonstrate good cause for the extension.

This motion is not filed for the purpose of delay. Plaintiff has acted diligently and now intends to effectuate service on Defendant McParland either through a professional process server or via certified mail with a return receipt, as permitted by Fed. R. Civ. P. 4(e)(1) and Michigan Court Rule 2.105(A)(2).

Although this motion is filed two days after the expiration of the 90-day period, the delay is de minimis and the Court has discretion to grant the extension. A 60-day extension will provide sufficient time for Plaintiff to complete service on Defendant McParland.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court grant this motion and extend the deadline for service of process on Defendant Officer Gage McParland by sixty (60) days, up to and including November 23, 2026.

Dated: September 24, 2026

Respectfully submitted,

**SHANNON SHERELL PHILLIPS**
Plaintiff, Pro Se
P.O. Box 970022
Ypsilanti, Michigan 48197
(734) 579-9540
securedparty85@gmail.com

---

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF/PACER system, which will send notification of such filing to the following attorney of record:

John A. Mullett (P49880)
Law Offices of Carol K. Metz
625 Kenmoor Ave, Ste 212
Grand Rapids, MI 49546
JMullett@travelers.com
*Attorney for Defendants Brownstown Charter Township and Officer Agustin Aguilar*

**SHANNON SHERELL PHILLIPS**