UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANNON SHERELL PHILLIPS,

Plaintiff,

v.

BROWNSTOWN, CHARTER TOWNSHIP OF, AGUSTIN AGUILAR, and GAGE MCPARLAND,

Defendants.
_________________________________/

Case No. 2:26-cv-12124
District Judge Terrence G. Berg
Magistrate Judge Kimberly G. Altman

**ORDER DENYING PLAINTIFF'S EMERGENCY MOTION TO EXTEND TIME FOR SERVICE AS MOOT (ECF No. 19)**

This is a civil rights case. On June 24, 2026, plaintiff Shannon Sherell Phillips, proceeding *pro se*, filed a complaint against defendants Brownstown Charter Township, Agustin Agular, and Gage McPharland. (ECF No. 1). Pretrial matters have been referred to the undersigned. (ECF No. 10). Counsel has appeared for all of the defendants and filed an answer. *See* ECF No. 12 (notice of appearance) and ECF No. 11 (answer).

On September 24, 2026, Phillips filed an emergency motion to extend the

time for service of McPharland. (ECF No. 19).[1] Under Federal Rule of Civil Procedure 4(m), a Court may determine that good cause exists to excuse a failure to effect timely service on a defendant within the 90-day period. *United States v. Oakland Physicians Med. Ctr., LLC*, 44 F.4th 565, 568–69 (6th Cir. 2022). However, no such extension is necessary here. Though it appears that McPharland has not yet been served as his summons was returned as unexecuted (ECF No. 9), counsel entered an appearance and filed an answer on his behalf. (ECF Nos. 11, 12). By filing an answer without raising any objection to service, he impliedly waived any defense that he may otherwise have had based on insufficient service. *Johnson Assocs. Corp. v. HL Operating Corp.,* 680 F.3d 713, 718 (6th Cir.2012) ("The filing of an answer is, after all, the main opportunity for a defendant to give notice of potentially dispositive issues to the plaintiff."). Thus, Phillips' motion to extend time for service is DENIED as MOOT.

SO ORDERED.

Dated: September 25, 2026
Detroit, Michigan

s/Kimberly G. Altman
KIMBERLY G. ALTMAN
United States Magistrate Judge

[1] Phillips also filed a motion for a protective order relating to medical records. (ECF No. 20). That motion will be the subject of future order after briefing is complete.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 25, 2026.

s/Dru Jennings
DRU JENNINGS
Case Manager