UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANNON SHERELL PHILLIPS,

Plaintiff,

v.

BROWNSTOWN, CHARTER TOWNSHIP OF, AGUSTIN AGUILAR, and GAGE MCPARLAND,

Defendants.
_____________________________________/

Case No. 2:26-cv-12124
District Judge Terrence G. Berg
Magistrate Judge Kimberly G. Altman

**ORDER REQUIRING DEFENDANTS TO FILE RESPONSES TO PLAINTIFF'S MOTIONS (ECF Nos. 20, 22)**

This is a civil rights case. On June 24, 2026, plaintiff Shannon Sherell Phillips, proceeding *pro se*, filed a complaint against defendants Brownstown Charter Township, Agustin Agular, and Gage McPharland. (ECF No. 1). Pretrial matters have been referred to the undersigned. (ECF No. 10). Counsel has appeared for all of the defendants and filed an answer. *See* ECF No. 12 (notice of appearance) and ECF No. 11 (answer).

On September 24, 2026, Phillips filed a motion for a protective order relating to medical records. (ECF No. 20). On September 27, 2026, Phillips filed an amended motion for leave to file a second amended complaint. (ECF No. 22).

Defendants shall file responses to both motions **on or before October 29, 2026**.

Phillips may file replies to the responses **on or before November 5, 2026**.

SO ORDERED.

Dated: October 15, 2026
Detroit, Michigan

s/Kimberly G. Altman
KIMBERLY G. ALTMAN
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 15, 2026.

s/Dru Jennings
DRU JENNINGS
Case Manager